# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charlita A. Allen aka Charlita A. Lee<br>        Debtor | |
| | CHAPTER 13 |
| MidFirst Bank<br>        Movant | |
| vs. | |
| Charlita A. Allen aka Charlita A. Lee<br>        Debtor | NO. 16-15426-13 JKF |
| William C. Miller Esq.<br>        Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of MidFirst Bank, which was filed with the Court on or about **10/5/2016, Claim 9-1**.

                                    Respectfully submitted,

                                    **/s/ Joshua I. Goldman, Esquire**
                                    Joshua I. Goldman, Esquire
                                    Attorneys for Movant/Applicant
                                    KML Law Group, P.C.
                                    Main Number: (215) 627-1322

October 5, 2016