## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Charlita A. Allen                : Chapter 13

                          : No. 16-15426/jkf

## CERTIFICATION OF SERVICE

      I, BRADLY  E. ALLEN, attorney for Debtor, Charlita Allen., do hereby

verify that on  December 14, 2016,  I  electronically served to the  following the Amended

Chapter 13 Plan:

Joshua Isaac Goldman
on behalf of Midfirst Bank

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

A copy was served by regular first class mail to:

Credit Acceptance
25505 W. Twelve Mile Rd., Suite 3000
Southfield, MI  48034

US Dept of HUD
451 7th Street S.W.
Washington, DC  20410

Quantum3 Group LLC
PO Box 788
Kirkland, WA  98083-0788

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083

Regional Acceptance Corp.
PO Box 1847
Wilson, NC 27894-1847

Navient Solutions
Attn: Bankruptcy Litigation, Unit E3149
Wilkes Barre, PA 18773-9430

PSECU
PO Box 67013
Harrisburg, PA 17106

Navient Solutions, Inc.
PO Box 9635
Wilkes Barre, PA 18773

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA  23541

Bank of America
PO Box 982284
El Paso, TX  79998-2238

Charlita Allen
6057 Charles Street
Philadelphia, PA 19135

**s/**Bradly E. Allen
BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor