# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13
    Charlita A. Allen
                                      :        NO. 16-15426/jkf

## PRAECIPE TO WITHDRAW

TO THE CLERK:

    Kindly withdraw Debtor's 3rd Amended Chapter 13 Plan and Certification of Service.

                                          /s/ Bradly E. Allen
                                          BRADLY E. ALLEN, ESQUIRE
                                          7711 Castor Avenue
                                          Philadelphia, PA 19152
                                          (215)725-4242
                                          Fax 215-725-8288