# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re  **Charlita A. Allen** | Case No.  **16-15426** |
| Debtor(s) | Chapter  **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017 a copy of Amended Schedules I and J  was served electronically or by regular United States mail to the Trustee and to the following:

    William C. Miller, Chapter 13 Trustee

    U.S. Trustee's Office

    Charlita Allen
    6057 Charles St.
    Philadelphia, PA 19135


    **/s/ Bradly E. Allen, Esquire**
    **Bradly E. Allen, Esquire 35053**
    **Bradly E. Allen**
    **7711 Castor Avenue**
    **Philadelphia, PA 19152**
    **215-725-4242Fax:215-725-8288**
    **bealaw@verizon.net**