# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Charlita A. Allen**                                                                 Case No.  **16-15426**

Debtor(s)                                                                   Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2017** a copy of the following **Amended Schedules:  Schedules A/B, C, D, I, J, Summary of Assets and Liabilities, Declaration, Statement of Financial affairs and Disclosure of Compensation**  were served electronically or by regular United States mail to the Trustee and to the following:

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

**Charlita Allen**
**6057 Charles St.**
**Philadelphia, PA 19135**

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**