**Temple University Health System**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

Pay Group: FL07/ZIS Biweekly
Pay Begin Date: 05/14/2017
Pay End Date: 05/27/2017

Business Unit: 02
Advice #: 000000000309968
Advice Date: 06/02/2017

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Charlita A Allen | Employee ID: 908254118 | Marital Status: | Single | N/A |
| 6057 Charles St. | Department: 5029600-Physician Liaison | Allowances: | 7 | 0 |
| Philadelphia, PA 19135-4402 | Location: Physician Liaison | Addl. Percent: | | |
| | Job Title: REFERRAL LIAISON - LUNG CENTER | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.850000 | 80.00 | 2,308.00 | 470.25 | 13,566.71 | Fed OASDI/EE | 143.77 | 973.13 |
| OT @ 1.5 | 43.275000 | 6.50 | 281.29 | 29.75 | 1,287.43 | Fed MED/EE | 33.63 | 227.59 |
| OT Stndard | | 0.00 | | 0.75 | 21.64 | Fed Withholdng | 137.50 | 881.99 |
| Vacation | | 0.00 | | 64.00 | 1,846.40 | PA Withholdng | 72.45 | 544.92 |
| Sick Leave | | 0.00 | | 9.75 | 281.29 | PA Unempl EE | 1.81 | 13.55 |
| EE Reimb U | | 0.00 | | | 1,890.00 | PHILADELPHIA Withhol | 100.99 | 681.20 |
| Funeral Lv | | 0.00 | | 16.00 | 461.60 | | | |
| TOTAL: | | 86.50 | 2,589.29 | 590.50 | 19,355.07 | TOTAL: | 490.15 | 3,322.38 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 103.86 | 727.02 | TUHS STD | 26.84 | 187.88 | MED-DISC | 758.27 | 5,307.89 |
| MED-DISC | 220.14 | 1,540.98 | LTD | 13.41 | 93.87 | Dental | 27.46 | 192.22 |
| Dental | 9.15 | 64.05 | Suppl Life | 5.85 | 40.95 | Vision | 2.67 | 18.69 |
| OntW1 Park | 41.08 | 164.32 | Suppl AD&D | 1.73 | 12.11 | PEN CONTRB ER | 196.17 | 1,373.19 |
| | | | FitnessBC | 4.62 | 13.86 | LTD | 12.00 | 84.00 |
| | | | TH Perks | 37.71 | 307.77 | Life | 0.37 | 2.59 |
| TOTAL: | 374.23 | 2,496.37 | TOTAL: | 90.16 | 656.44 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,589.29 | 2,215.06 | 490.15 | 464.39 | 1,634.75 |
| YTD | 19,355.07 | 14,968.70 | 3,322.38 | 3,152.81 | 12,879.88 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 138.32 | | Account Type | Account Number | Deposit Amount |
| Sick | 56.55 | Advice #000000000309968 | Checking | XXXXXXXXXX4665 | 405.00 |
| Personal | 20.00 | | Checking | XXXXXXXXXX0721 | 1,229.75 |
| | | TOTAL: | | | 1,634.75 |

MESSAGE:

Temple University Health System
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

Pay Group: TBX/TUHS Biweekly
Pay Begin Date: 
Pay End Date: 06/10/2017

Business Unit: 602
Advice #: 000000000310388
Advice Date: 06/16/2017

| | | |
|---|---|---|
| Charlita A Allen<br>6057 Charles St.<br>Philadelphia, PA 19135-4402 | Employee ID: 908254118<br>Department: 5029600-Physician Liaison<br>Location: Physician Liaison<br>Job Title: REFERRAL LIAISON - LUNG CENTER | TAX DATA: Federal / PA State<br>Marital Status: Single / N/A<br>Allowances: 7 / 0<br>Addl. Percent:<br>Addl. Amount: |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.850000 | 61.50 | 1,774.28 | 531.75 | 15,340.99 | Fed OASDI/EE | 128.13 | 1,101.26 |
| OT @ 1.5 | 43.275000 | 1.00 | 43.28 | 30.75 | 1,330.71 | Fed MED/EE | 29.96 | 257.52 |
| Holiday | 28.850000 | 8.00 | 230.80 | 8.00 | 230.80 | Fed Withholdng | 99.73 | 981.72 |
| Personal | 28.850000 | 10.00 | 288.50 | 10.00 | 288.50 | PA Withholdng | 64.70 | 609.62 |
| OT Stndard | | | 0.00 | 0.75 | 21.64 | PA Unempl EE | 1.63 | 15.18 |
| Vacation | | | 0.00 | 64.00 | 1,846.40 | PHILADELPHIA Withhol | 91.15 | 772.35 |
| Sick Leave | | | 0.00 | 9.75 | 281.29 | | | |
| EE Reimb U | | | 0.00 | | 1,890.00 | | | |
| Funeral Lv | | | 0.00 | 16.00 | 461.60 | | | |
| TOTAL: | | 80.50 | 2,336.86 | 671.00 | 21,691.93 | TOTAL: | 415.30 | 3,737.68 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 103.21 | 830.23 | TUHS STD | 26.84 | 214.72 | MED-DISC | 758.27 | 6,066.16 |
| MED-DISC | 220.14 | 1,761.12 | LTD | 13.41 | 107.28 | Dental | 27.46 | 219.68 |
| Dental | 9.15 | 73.20 | Suppl Life | 5.85 | 46.80 | Vision | 2.67 | 21.36 |
| OntW1 Park | 41.08 | 205.40 | Suppl AD&D | 1.73 | 13.84 | PEN CONTRB ER | 194.94 | 1,568.13 |
| | | | FitnessBC | 4.62 | 18.48 | LTD | 12.00 | 96.00 |
| | | | TH Perks | 37.71 | 345.48 | Life | 0.37 | 2.96 |
| TOTAL: | 373.58 | 2,869.95 | TOTAL: | 90.16 | 746.60 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,336.86 | 1,963.28 | 415.30 | 463.74 | 1,457.82 |
| YTD | 21,691.93 | 16,931.98 | 3,737.68 | 3,616.55 | 14,337.70 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|
| Vacation | 144.48 | | Account Type / Account Number | Deposit Amount |
| Sick | 56.55 | Advice #000000000310388 | Checking  XXXXXXXXXXX4665 | 405.00 |
| Personal | 10.00 | | Checking  XXXXXXXXXXX0721 | 1,052.82 |
| | | TOTAL: | | 1,457.82 |

MESSAGE:

Case 16-15426-jkf    Doc 46    Filed 08/23/17    Entered 08/23/17 12:02:22    Desc Main Document    Page 2 of 5

| Temple University Health System 2450 W Hunting Park Avenue, c/o TUHS Legal Philadelphia, PA 19129 | Pay Group: Pay Begin Date: Pay End Date: | FBT-TUHS Biweekly 06/24/2017 | Business Unit: Advice #: Advice Date: | 602 000000000310803 06/30/2017 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Charlita A Allen 6057 Charles St. Philadelphia, PA 19135-4402 | Employee ID: Department: Location: Job Title: | 908254118 5029600-Physician Liaison Physician Liaison REFERRAL LIAISON - LUNG CENTER | Marital Status: Allowances: Addl. Percent: Addl. Amount: | Single 7 | N/A 0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.850000 | 70.25 | 2,026.71 | 602.00 | 17,367.70 | Fed OASDI/EE | 127.00 | 1,228.26 |
| OT @ 1.5 | 43.275000 | 0.75 | 32.46 | 31.50 | 1,363.17 | Fed MED/EE | 29.70 | 287.25 |
| Personal | 28.850000 | 9.00 | 259.65 | 19.00 | 548.15 | Fed Withholdng | 97.07 | 1,078.79 |
| EE Reimb U | | | 945.00 | | 2,835.00 | PA Withholdng | 93.16 | 702.78 |
| OT Stndard | | | 0.00 | 0.75 | 21.64 | PA Unempl EE | 2.29 | 17.47 |
| Holiday | | | 0.00 | 8.00 | 230.80 | PHILADELPHIA Withhol | 90.44 | 862.79 |
| Vacation | | | 0.00 | 64.00 | 1,846.40 | | | |
| Sick Leave | | | 0.00 | 9.75 | 281.29 | | | |
| Funeral Lv | | | 0.00 | 16.00 | 461.60 | | | |
| TOTAL: | | 80.00 | 3,263.82 | 751.00 | 24,955.75 | TOTAL: | 439.66 | 4,177.34 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 102.89 | 933.12 | TUHS STD | 26.84 | 241.56 | MED-DISC | 758.27 | 6,824.43 |
| MED-DISC | 220.14 | 1,981.26 | LTD | 13.41 | 120.69 | Dental | 27.46 | 247.14 |
| Dental | 9.15 | 82.35 | Suppl Life | 5.85 | 52.65 | Vision | 2.67 | 24.03 |
| OntW1 Park | 41.08 | 246.48 | Suppl AD&D | 1.73 | 15.57 | PEN CONTRB ER | 194.34 | 1,762.47 |
| | | | FitnessBC | 4.62 | 23.10 | LTD | 12.00 | 108.00 |
| | | | TH Perks | 37.70 | 383.18 | Life | 0.37 | 3.33 |
| TOTAL: | 373.26 | 3,243.21 | TOTAL: | 90.15 | 836.75 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,263.82 | 1,945.56 | 439.66 | 463.41 | 2,360.75 |
| YTD | 24,955.75 | 18,877.54 | 4,177.34 | 4,079.96 | 16,698.45 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| | | | Account Type | Account Number | Deposit Amount |
| Vacation | 150.48 | Advice #000000000310803 | Checking | XXXXXXXXXXX4665 | 405.00 |
| Sick | 56.55 | | Checking | XXXXXXXXXXX0721 | 1,955.75 |
| Personal | 24.00 | | | | |
| | | TOTAL: | | | 2,360.75 |

MESSAGE:

Temple University Health System
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

| | |
|---|---|
| Pay Group: | ZZZ-Biweekly |
| Pay Begin Date: | 06/25/2017 |
| Pay End Date: | 07/08/2017 |

| | |
|---|---|
| Business Unit: | TUH02 |
| Advice #: | 000000000311224 |
| Advice Date: | 07/14/2017 |

| | | |
|---|---|---|
| Charlita A Allen | Employee ID: | 908254118 |
| 6057 Charles St. | Department: | 5029600-Physician Liaison |
| Philadelphia, PA 19135-4402 | Location: | Physician Liaison |
| | Job Title: | REFERRAL LIAISON - LUNG CENTER |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 7 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.850000 | 71.75 | 2,069.99 | 673.75 | 19,437.69 | Fed OASDI/EE | 131.92 | 1,360.18 |
| OT @ 1.5 | 43.275000 | 2.25 | 97.37 | 33.75 | 1,460.54 | Fed MED/EE | 30.86 | 318.11 |
| Holiday | 28.850000 | 8.00 | 230.80 | 16.00 | 461.60 | Fed Withholdng | 108.88 | 1,187.67 |
| OT Stndard | | | 0.00 | 0.75 | 21.64 | PA Withholdng | 66.58 | 769.36 |
| Vacation | | | 0.00 | 64.00 | 1,846.40 | PA Unempl EE | 1.68 | 19.15 |
| Personal | | | 0.00 | 19.00 | 548.15 | PHILADELPHIA Withhol | 93.31 | 956.10 |
| Sick Leave | | | 0.00 | 9.75 | 281.29 | | | |
| EE Reimb U | | | 0.00 | | 2,835.00 | | | |
| Funeral Lv | | | 0.00 | 16.00 | 461.60 | | | |
| TOTAL: | | 82.00 | 2,398.16 | 833.00 | 27,353.91 | TOTAL: | 433.23 | 4,610.57 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 103.54 | 1,036.66 | TUHS STD | 26.84 | 268.40 | MED-DISC | 758.27 | 7,582.70 |
| MED-DISC | 220.14 | 2,201.40 | LTD | 13.41 | 134.10 | Dental | 27.46 | 274.60 |
| Dental | 9.15 | 91.50 | Suppl Life | 5.85 | 58.50 | Vision | 2.67 | 26.70 |
| OntW1 Park | 41.08 | 287.56 | Suppl AD&D | 1.73 | 17.30 | PEN CONTRB ER | 195.57 | 1,958.04 |
| | | | FitnessBC | 4.62 | 27.72 | LTD | 12.00 | 120.00 |
| | | | TH Perks | 45.01 | 428.19 | Life | 0.37 | 3.70 |
| TOTAL: | 373.91 | 3,617.12 | TOTAL: | 97.46 | 934.21 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,398.16 | 2,024.25 | 433.23 | 471.37 | 1,493.56 |
| YTD | 27,353.91 | 20,901.79 | 4,610.57 | 4,551.33 | 18,192.01 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 156.64 |
| Sick | 60.25 |
| Personal | 24.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000311224 | Checking | XXXXXXXXXXX4665 | 405.00 |
| | Checking | XXXXXXXXXXX0721 | 1,088.56 |
| TOTAL: | | | 1,493.56 |

MESSAGE:

| Temple Univ Health System<br>2450 W Hunting Park Avenue, c/o TUHS Legal<br>Philadelphia, PA 19129 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | FDI-TUHS Biweekly<br><br>07/22/2017 | Business Unit:<br>Advice #:<br>Advice Date: | 002<br>000000000311644<br>07/28/2017 |
|---|---|---|---|---|

| | | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|---|
| Charlita A Allen<br>6057 Charles St.<br>Philadelphia, PA 19135-4402 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 908254118<br>5029600-Physician Liaison<br>Physician Liaison<br>REFERRAL LIAISON - LUNG CENTER | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>7 | N/A<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 28.850000 | 72.00 | 2,077.20 | 745.75 | 21,514.89 | Fed OASDI/EE | 133.72 | 1,493.90 |
| OT @ 1.5 | 43.275000 | 2.75 | 119.01 | 36.50 | 1,579.55 | Fed MED/EE | 31.27 | 349.38 |
| Personal | 28.850000 | 8.00 | 230.80 | 27.00 | 778.95 | Fed Withholdng | 113.16 | 1,300.83 |
| OT Stndard | | | 0.00 | 0.75 | 21.64 | PA Withholdng | 67.47 | 836.83 |
| Holiday | | | 0.00 | 16.00 | 461.60 | PA Unempl EE | 1.70 | 20.85 |
| Vacation | | | 0.00 | 64.00 | 1,846.40 | PHILADELPHIA Withhol | 94.43 | 1,050.53 |
| Sick Leave | | | 0.00 | 9.75 | 281.29 | | | |
| EE Reimb U | | | 0.00 | | 2,835.00 | | | |
| Funeral Lv | | | 0.00 | 16.00 | 461.60 | | | |
| **TOTAL:** | | 82.75 | 2,427.01 | 915.75 | 29,780.92 | **TOTAL:** | 441.75 | 5,052.32 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 103.86 | 1,140.52 | TUHS STD | 26.84 | 295.24 | MED-DISC | 758.27 | 8,340.97 |
| MED-DISC | 220.14 | 2,421.54 | LTD | 13.41 | 147.51 | Dental | 27.46 | 302.06 |
| Dental | 9.15 | 100.65 | Suppl Life | 5.85 | 64.35 | Vision | 2.67 | 29.37 |
| OntW1 Park | 41.08 | 328.64 | Suppl AD&D | 1.73 | 19.03 | PEN CONTRB ER | 196.17 | 2,154.21 |
| | | | FitnessBC | 4.62 | 32.34 | LTD | 12.00 | 132.00 |
| | | | TH Perks | 45.01 | 473.20 | Life | 0.37 | 4.07 |
| **TOTAL:** | 374.23 | 3,991.35 | **TOTAL:** | 97.46 | 1,031.67 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,427.01 | 2,052.78 | 441.75 | 471.69 | 1,513.57 |
| YTD | 29,780.92 | 22,954.57 | 5,052.32 | 5,023.02 | 19,705.58 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 162.80 | | Account Type | Account Number | Deposit Amount |
| Sick | 63.95 | Advice #000000000311644 | Checking | XXXXXXXXXXX4665 | 405.00 |
| Personal | 16.00 | | Checking | XXXXXXXXXXX0721 | 1,108.57 |
| | | **TOTAL:** | | | 1,513.57 |

MESSAGE: