## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlita A. Allen aka Charlita A. Lee<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　　　Movant<br>　　vs.<br>Charlita A. Allen aka Charlita A. Lee<br>　　　　　　　　　　Debtor(s) | NO. 16-15426 JKF |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 30th day of August, 2017 ~~at Philadelphia~~, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6057 Charles Street, Philadelphia, PA 19135 ("Property), as to Movant, its successors or assignees. The relief is in rem with regard to the subject property.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

Charlita A. Allen aka Charlita A. Lee
6057 Charles Street
Philadelphia, PA 19135

Bradley E. Allen
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532