United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15426-jkf
Charlita A. Allen                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: 210U             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db         +Charlita A. Allen,    6057 Charles Street,    Philadelphia, PA 19135-4402
13769196   +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
13835577   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13769198    Best Buy,    Retail Services,    P. O. Box 5893,    Carol Stream, IL 60197-5893
13769199    Capital One,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
13776586    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13769200    Children's Hospital of Philadelphia,    Physician Billing - PB CHOP,    Lock Box 8017,
             P. O. Box 8500,    Philadelphia, PA 19178-8017
13769418   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13769203   +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13769204    HSN/Comenity Capital Bank,    Bankruptcy Department,    P. O. Box 183043,
             Columbus, OH 43218-3043
13769205   +Macy's,    Attn: Bankruptcy Dept.,    P. O. Box 8053,    Mason, OH 45040-8053
13769206   +Manuel R. Williams, Sr.,    1135 Venango Street,    Philadelphia, PA 19140-4261
13802909   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13769207    Midland Mortgage,    P. O. Box 26648,    Oklahoma City, OK 73126-0648
13819526    Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13769209    New York & Company/Comenity,    Attn: Bankruptcy Dept.,    P. O. Box 182125,
             Columbus, OH 43218-2125
13769212   +PGW,    800 W. Montgomery Avenue,    Philadelpihia, PA 19122-2806
13771304   +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
13769214    Victorias Secret,    Comenity Bank - Bankruptcy Dept.,    P. O. Box 182125,
             Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:52     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:02
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:48     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13769197   +E-mail/Text: bankruptcy@affglo.com Sep 01 2017 02:13:30     Bank of America,
             c/o Global Credit & Collection Corp.,    5440 N. Cumberland Avenue, Ste. 300,
             Chicago, IL 60656-1486
13846460   +E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:52
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13769201   +E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:52     City Of Philadelphia/Dept Of Revenue,
             1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1617
13769202   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 01 2017 02:14:17
             Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
13769208    E-mail/PDF: pa_dc_claims@navient.com Sep 01 2017 02:09:16     Navient,    P. O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13783121    E-mail/PDF: pa_dc_litigation@navient.com Sep 01 2017 02:09:06
             Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
             Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13825635    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:37
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13790380   +E-mail/Text: bankruptcynotices@psecu.com Sep 01 2017 02:14:21     PSECU,    PO BOX 67013,
             HARRISBURG, PA 17106-7013
13769210   +E-mail/Text: bankruptcygroup@peco-energy.com Sep 01 2017 02:12:56     Peco Energy,
             Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
13769211    E-mail/Text: bankruptcynotices@psecu.com Sep 01 2017 02:14:21
             Pennsylvania State Employees C.U.,    P. O. Box 67013,    Harrisburg, PA 17106-7013
13774973    E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2017 02:12:59
             Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
             Kirkland, WA  98083-0788
13778451    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 01 2017 02:09:16     Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
13769213   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 01 2017 02:09:16     Regional Acceptance Corporation,
             P. O. Box 830913,    Birmingham, AL 35283-0913
                                                                                               TOTAL: 16
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Aug 31, 2017
                              Form ID: 210U                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

```
          BRADLY E ALLEN    on behalf of Debtor Charlita A. Allen bealaw@verizon.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Charlita A. Allen                                           Case No: 16–15426–jkf

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 8/31/17

Timothy B. McGrath
Clerk of Court

50
Form 210U