United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15426-jkf
Charlita A. Allen                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2               Date Rcvd: Sep 08, 2017
                              Form ID: 309A           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db             +Charlita A. Allen,    6057 Charles Street,    Philadelphia, PA 19135-4402
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
13769196       +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
13835577       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13769200        Children's Hospital of Philadelphia,    Physician Billing - PB CHOP,    Lock Box 8017,
                 P. O. Box 8500,    Philadelphia, PA 19178-8017
13769418       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13769203       +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13769206       +Manuel R. Williams, Sr.,    1135 Venango Street,    Philadelphia, PA 19140-4261
13802909       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13769207        Midland Mortgage,    P. O. Box 26648,    Oklahoma City, OK 73126-0648
13819526        Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13769212       +PGW,    800 W. Montgomery Avenue,    Philadelpihia, PA 19122-2806
13771304       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bealaw@verizon.net Sep 09 2017 02:31:06      BRADLY E ALLEN,
                 Law Offices of Bradly Allen,    7711 Castor Avenue,    Philadelphia, PA  19152
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 09 2017 02:32:17      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13769197       +EDI: LEADINGEDGE.COM Sep 09 2017 02:23:00      Bank of America,
                 c/o Global Credit & Collection Corp.,    5440 N. Cumberland Avenue, Ste. 300,
                 Chicago, IL 60656-1486
13769198        EDI: HFC.COM Sep 09 2017 02:23:00      Best Buy,    Retail Services,    P. O. Box 5893,
                 Carol Stream, IL 60197-5893
13846460       +E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:09
                 CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13769199        EDI: CAPITALONE.COM Sep 09 2017 02:23:00      Capital One,    P. O. Box 30285,
                 Salt Lake City, UT 84130-0285
13776586        EDI: CAPITALONE.COM Sep 09 2017 02:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13769201       +E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:09      City Of Philadelphia/Dept Of Revenue,
                 1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1617
13769202       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 09 2017 02:33:35
                 Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
13769204        EDI: WFNNB.COM Sep 09 2017 02:23:00      HSN/Comenity Capital Bank,    Bankruptcy Department,
                 P. O. Box 183043,    Columbus, OH 43218-3043
13769205       +EDI: TSYS2.COM Sep 09 2017 02:23:00      Macy's,    Attn: Bankruptcy Dept.,    P. O. Box 8053,
                 Mason, OH 45040-8053
13769208        EDI: NAVIENTFKASMSERV.COM Sep 09 2017 02:23:00      Navient,    P. O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13783121        EDI: NAVIENTFKASMGUAR.COM Sep 09 2017 02:23:00      Navient Solutions, Inc. on behalf of,
                 United Student Aid Funds, Inc.,    Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,
                 Wilkes Barre, PA 18773-9430
13769209        EDI: WFNNB.COM Sep 09 2017 02:23:00      New York & Company/Comenity,    Attn: Bankruptcy Dept.,
                 P. O. Box 182125,    Columbus, OH 43218-2125
13825635        EDI: PRA.COM Sep 09 2017 02:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13790380       +E-mail/Text: bankruptcynotices@psecu.com Sep 09 2017 02:33:39      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
13769210       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2017 02:31:25      Peco Energy,
                 Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
13769211        E-mail/Text: bankruptcynotices@psecu.com Sep 09 2017 02:33:39
                 Pennsylvania State Employees C.U.,    P. O. Box 67013,    Harrisburg, PA 17106-7013
13774973        EDI: Q3G.COM Sep 09 2017 02:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13778451        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 09 2017 02:36:36      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13769213       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 09 2017 02:36:36      Regional Acceptance Corporation,
                 P. O. Box 830913,    Birmingham, AL 35283-0913
13769214        EDI: WFNNB.COM Sep 09 2017 02:23:00      Victorias Secret,    Comenity Bank - Bankruptcy Dept.,
                 P. O. Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                   Date Rcvd: Sep 08, 2017
                               Form ID: 309A               Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                         TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Charlita A. Allen bealaw@verizon.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Charlita A. Allen | Social Security number or ITIN | xxx–xx–4901 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 7/30/16 |
| Case number: | 16–15426–jkf | Date case converted to chapter 7 | 8/30/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Charlita A. Allen | | |
| 2. | **All other names used in the last 8 years** | aka Charlita A. Lee | | |
| 3. | **Address** | 6057 Charles Street<br>Philadelphia, PA 19135 | | |
| 4. | **Debtor's attorney**<br>Name and address | BRADLY E ALLEN<br>Law Offices of Bradly Allen<br>7711 Castor Avenue<br>Philadelphia, PA 19152 | | Contact phone (215) 725–4242<br>Email:  bealaw@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Charlita A. Allen**            Case number **16–15426–jkf**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 9/8/17 |
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 5, 2017 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/4/17** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |