# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Charlita A. Allen**  
Debtor(s)

Case No.  **16-15426/jkf**  
Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017 a copy of the **Amended Statement of Intention** was served electronically or by regular United States mail to the following:

**William C. Miller, Chapter 13 Trustee**

**U.S. Trustee's Office**

**Charlita Allen**
**6057 Charles St.**
**Philadelphia, PA 19135**

/s/ Bradly E. Allen, Esquire
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**