United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charlita A. Allen  
       Debtor

Case No. 16-15426-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 11, 2017  
                    Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.  
db        +Charlita A. Allen,   77 W. 5th Street,   Bridgeport, PA 19405-1101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:  
        BRADLY E ALLEN    on behalf of Debtor Charlita A. Allen bealaw@verizon.net  
        DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,  
  bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE  
  bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
        MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com  
        MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com  
        REBECCA ANN SOLARZ     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
        THOMAS I. PULEO     on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE  
  tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                   TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Charlita A. Allen  : Case No. 16–15426–jkf
     Debtor(s)

***ORDER***
_____

AND NOW, this day , 11th day of December, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

64
Form 195