United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-15426-jkf
Charlita A. Allen                                                           Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2              Date Rcvd: Dec 11, 2017
                        Form ID: 318       Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db         +Charlita A. Allen,    77 W. 5th Street,    Bridgeport, PA 19405-1101
13769196   +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
13835577   +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
13769200    Children's Hospital of Philadelphia,     Physician Billing - PB CHOP,    Lock Box 8017,
             P. O. Box 8500,    Philadelphia, PA 19178-8017
13769418   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13769203   +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
13769206   +Manuel R. Williams, Sr.,    1135 Venango Street,    Philadelphia, PA 19140-4261
13802909   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13769207    Midland Mortgage,    P. O. Box 26648,    Oklahoma City, OK 73126-0648
13819526    Navient Solutions Inc.,    Department of Education Loan Services,     P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13769212   +PGW,    800 W. Montgomery Avenue,    Philadelpihia, PA 19122-2806
13771304   +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
             Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:44     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 01:13:33
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2017 01:13:40      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13769197   +EDI: LEADINGEDGE.COM Dec 12 2017 01:13:00      Bank of America,
             c/o Global Credit & Collection Corp.,     5440 N. Cumberland Avenue, Ste. 300,
             Chicago, IL 60656-1486
13769198    EDI: HFC.COM Dec 12 2017 01:13:00      Best Buy,    Retail Services,    P. O. Box 5893,
             Carol Stream, IL 60197-5893
13846460   +E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:44
             CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1640
13769199    EDI: CAPITALONE.COM Dec 12 2017 01:13:00      Capital One,    P. O. Box 30285,
             Salt Lake City, UT 84130-0285
13776586    EDI: CAPITALONE.COM Dec 12 2017 01:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
13769201   +E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:44     City Of Philadelphia/Dept Of Revenue,
             1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1617
13769202   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 12 2017 01:13:47
             Comcast Cable,    1 Comcast Center,    Philadelphia, PA 19103-2899
13769204    EDI: WFNNB.COM Dec 12 2017 01:13:00      HSN/Comenity Capital Bank,    Bankruptcy Department,
             P. O. Box 183043,    Columbus, OH 43218-3043
13769205   +EDI: TSYS2.COM Dec 12 2017 01:13:00      Macy's,    Attn: Bankruptcy Dept.,    P. O. Box 8053,
             Mason, OH 45040-8053
13769208    EDI: NAVIENTFKASMSERV.COM Dec 12 2017 01:13:00      Navient,    P. O. Box 9635,
             Wilkes-Barre, PA 18773-9635
13783121    EDI: NAVIENTFKASMGUAR.COM Dec 12 2017 01:13:00      Navient Solutions, Inc. on behalf of,
             United Student Aid Funds, Inc.,    Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,
             Wilkes Barre, PA 18773-9430
13769209    EDI: WFNNB.COM Dec 12 2017 01:13:00      New York & Company/Comenity,    Attn: Bankruptcy Dept.,
             P. O. Box 182125,    Columbus, OH 43218-2125
13825635    EDI: PRA.COM Dec 12 2017 01:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
13790380   +E-mail/Text: bankruptcynotices@psecu.com Dec 12 2017 01:13:48      PSECU,    PO BOX 67013,
             HARRISBURG, PA 17106-7013
13769210   +E-mail/Text: bankruptcygroup@peco-energy.com Dec 12 2017 01:13:29      Peco Energy,
             Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
13769211    E-mail/Text: bankruptcynotices@psecu.com Dec 12 2017 01:13:48
             Pennsylvania State Employees C.U.,     P. O. Box 67013,    Harrisburg, PA 17106-7013
13774973    EDI: Q3G.COM Dec 12 2017 01:13:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
             PO Box 788,    Kirkland, WA  98083-0788
13778451    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 12 2017 01:14:22      Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
13769213   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 12 2017 01:14:22      Regional Acceptance Corporation,
             P. O. Box 830913,    Birmingham, AL 35283-0913
13769214    EDI: WFNNB.COM Dec 12 2017 01:13:00      Victorias Secret,    Comenity Bank - Bankruptcy Dept.,
             P. O. Box 182125,    Columbus, OH 43218-2125
                                                                                              TOTAL: 23
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Dec 11, 2017
                               Form ID: 318                 Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
```
          BRADLY E ALLEN    on behalf of Debtor Charlita A. Allen bealaw@verizon.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charlita A. Allen** | Social Security number or ITIN **xxx–xx–4901** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–15426–jkf** | | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Charlita A. Allen
   aka Charlita A. Lee

   12/11/17                                                         **By the court:**   Jean K. FitzSimon
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2